UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO. 3:21-cv-1281-BJD-JBT

DANIEL LUGO,

        Plaintiff,

v.

FYRE HOLDINGS II, LLC,

        Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties stipulate and agree that this action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each side to bear his/its own fees and costs except as otherwise agreed.

| | |
|---|---|
| s/Drew M. Levitt | s/William H. Andrews |
| DREW M. LEVITT | WILLIAM H. ANDREWS |
| Florida Bar No. 782246 | Florida Bar No. 145660 |
| drewmlevitt@gmail.com | william.andrews@gray-robinson.com |
| Lee D. Sarkin | Gray Robinson, P.A. |
| Florida Bar No. 962848 | 50 North Laura Street, Suite 1100 |
| lsarkin@aol.com | Jacksonville, Florida 32202 |
| 4700 N.W. Boca Raton Boulevard | Telephone (904) 598-9929 |
| Suite 302 | Attorneys for Defendant |
| Boca Raton, Florida 33431 | |
| Telephone (561) 994-6922 | |
| Attorneys for Plaintiff | |